UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of: | In Bankruptcy: |
| **HUGH MICHAEL SONK** | Case No. 18-49858-mlo |
| | Chapter 7 |
| Debtor | Hon. Maria L. Oxholm |

**TRUSTEES' OBJECTION TO QUICKEN LOANS INC.'s
AMENDED MOTION FOR TERMINATION OF THE
AUTOMATIC STAY, AND WAIVING THE PROVISIONS
OF FED.R.BANKR.P.4001 (a)(3) AS TO THE PROPERTY
LOCATED AT 505 E HURON ST., 403, ANN ARBOR, MI 48104**

Trustee Timothy J. Miller, by and through his attorneys Clayson, Schneider & Miller P.C. objects to Quicken Loans, Inc.'s ("Creditor") Amended Motion for Termination of the Automatic Stay and Waiving the Provisions of Fed. R. Bankr. P. 4001(a)(3) as to the property located at 505 E. Huron St., 403, Ann Arbor, MI 48104 (Docket No. 16) on the basis that the Creditor's interest is adequately protected under 11 U.S.C. § 362(d)(1), and that the Debtor and therefore the Debtor's bankruptcy estate has equity in the property in question under 11 U.S.C. § 362(d)(2)(A).

**WHEREFORE**, Trustee respectfully requests that the Court deny the Creditor's Motion.

[*continued on next page*]

Respectfully submitted,

**CLAYSON, SCHNEIDER & MILLER, P.C.**

*/s/Peter F. Schneider*
Peter F. Schneider (P75256)
Attorneys for Trustee
645 Griswold
Suite 3900
Detroit, MI 48226
(313) 237-0850
pete@claysonschneidermiller.com
Dated: September 10, 2018

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of: | In Bankruptcy: |
| **HUGH MICHAEL SONK** | Case No. 18-49858-mlo |
| | Chapter 7 |
| Debtor | Hon. Maria L. Oxholm |

## CERTIFICATE OF SERVICE

Re: Trustee's Objection to Quicken Loans Inc.'s Amended Motion for Termination of the Automatic Stay, and Waiving the Provisions of Fed. R. Bankr. P. 4001(a)(3) as to the Property Located at 505 Huron St., 403, Ann Arbor, MI 48104.

I hereby certify that on the 10th day of September, 2018 I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will forward such filing to the Office of the United States Trustee and all counsel of record using the ECF system.

Respectfully submitted,

**CLAYSON, SCHNEIDER & MILLER, P.C.**

*/s/Peter F. Schneider*
Peter F. Schneider (P75256)
Attorneys for Trustee
645 Griswold
Suite 3900
Detroit, MI 48226
(313) 237-0850
pete@claysonschneidermiller.com
Dated: September 10, 2018