UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:

**HUGH MICHAEL SONK**

    Debtor

In Bankruptcy:

Case No. 18-49858-mlo
Chapter 7
Hon. Maria L. Oxholm

## ORDER AUTHORIZING ISSUANCE OF SUBPOENAS UNDER FED. R. BANKR. P. 2004

Trustee Timothy J. Miller, having filed a Motion for Authority to Issue Subpoenas under Fed. R. Bankr. P. 2004, and the Court being duly advised in the premises, now finds that the relief prayed for should be **GRANTED**.

**IT IS HEREBY ORDERED** that the Trustee is authorized to issue a subpoena to TCF Bank to obtain records concerning accounts held in the name of Hugh Michael Sonk ending in 7545 and 7546, as well as a business account held in the name of "Sonk Data Products, Inc.", and any accounts held by the Debtor or his businesses that are currently unascertained.

**IT IS FURTHER ORDERED** that the Trustee is authorized to issue a subpoena to Bank of America concerning an account ending in 2553 held by "Sonk Data Products, Inc", and any accounts held by the Debtor or his businesses that are currently unascertained.

**IT IS FURTHER ORDERED** that the Trustee is authorized to issue a subpoena to "Intuit, Inc." to obtain records concerning "Sonk Data Products, Inc.

**Signed on October 12, 2018**



/s/ Maria L. Oxholm
Maria L. Oxholm
United States Bankruptcy Judge