UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

**IN THE MATTER OF:**
Hugh Michael Sonk,　　　　　　　　　　Bankruptcy Case No. 18-49858
　　　　　　　　　　　　　　　　　　　Honorable Maria L. Oxholm
　　　　Debtor.　　　　　　　　　　　　Chapter 7
_____/

## DEBTOR'S MOTION FOR ENTRY OF ORDER COMPELLING ABANDONMENT OF REAL PROPERTY

**NOW COMES** the Debtor, Hugh Michael Sonk ("Debtor") by and though his counsel, Stevenson & Bullock, P.L.C., and in support of this motion states as follows:

1. On July 13, 2018, the Debtor filed a Petition under Chapter 7 of the Bankruptcy Code.

2. The Court has jurisdiction over the subject matter of this motion pursuant to 28 U.S.C. §§ 157(a)-(b), 1334(b).

3. Timothy J. Miller is the duly appointed Chapter 7 Trustee.

4. Debtor brings this motion pursuant to 11 U.S.C. §§ 105 and 554; F.R.Bankr.P. 4001 and 6007(b), and E.D. Mich. LBR 9014-1.

5. Debtor owns real property commonly known as 505 E. Huron St., Unit 403, Ann Arbor, MI 48104 (the "Real Property").

6. The Trustee hired a real estate broker for the estate who performed a comparable market analysis of the Real Property, and believes the value of the property to be approximately $520,000.00.

7. Debtor submits that there is no equity in the Real Property that could be administered by the Trustee. The Real Property has liens from two combined mortgages totaling approximately $584,622.50. The debtor is able to elect an exemption of $14,771.73 pursuant to 11 U.S.C. § 522(d)(1)(and a greater amount should he elect exemptions pursuant to the State of Michigan).

8. Pursuant to 11 U.S.C. § 554(b) and F.R.BANK.P. 6007, on request by a party in interest, the court may order the trustee to abandon any property of the estate, after a notice and hearing, that is burdensome to the estate or that is of inconsequential value and benefit to the estate and Debtor respectfully requests an order compelling the Trustee to abandon the Property.

9. Pursuant to 11 U.S.C. § 554(b), Debtor asserts that any such interest in the Property is burdensome to the Estate and/or it is of inconsequential value and benefit to the Estate.

10. The automatic stay was lifted as to the first lien holder on or about April 4, 2019, after providing a generous six months to the trustee to

evaluate and market said property. The inability to list or generate a sale is inconsistent with the requirement to expeditiously administer this asset set forth in 11 U.S.C. § 704(a)(1).

11. The Trustee has been unable to obtain an offer on the Real Property that would generate any benefit to the estate.

WHEREFORE, Debtor prays that this Honorable court enter an Order Granting Debtor's Motion for Entry of Order Compelling Abandonment of Real Property. Furthermore, Debtor requests such other and further relief as this Court deems appropriate and necessary.

Respectfully submitted,

/s/ Michelle M. Stephenson
Michelle M. Stephenson (P67815)
Stevenson & Bullock, P.L.C.
Attorneys for the Debtor
26100 American Drive #500
Southfield, MI 48034
(248) 354-7906
mstephenson@sbplclaw.com

Dated: April 30, 2019

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

**IN THE MATTER OF:**
Hugh Michael Sonk,

       Debtor.
_____/

Bankruptcy Case No. 18-49858
Honorable Maria L. Oxholm
Chapter 7

### ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF ORDER COMPELLING ABANDONMENT OF REAL PROPERTY

This matter having come before this Court upon Debtor's Motion for Entry of Order Compelling Abandonment of Real Property pursuant to Federal Rule of Bankruptcy Procedure 6007(b); no response having been filed, or if a response was filed, the basis for such response has bee resolved; and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that the Trustee shall abandon real property commonly known as 505 E. Huron St., Unit 403, Ann Arbor, MI 48104 (the "Real Property").

**IT IS HEREBY FURTHER ORDERED** that upon entry of this Order the Trustee is deemed to have abandoned Estate's interest in the Real Property and it is no longer property of the bankruptcy estate.

IN THE MATTER OF:
Hugh Michael Sonk,　　　　　　　　　　Bankruptcy Case No. 18-49858
　　　　　　　　　　　　　　　　　　　Honorable Maria L. Oxholm
　　　Debtor.　　　　　　　　　　　　Chapter 7
_____/

# BRIEF IN SUPPORT OF DEBTOR'S MOTION FOR ENTRY OF ORDER COMPELLING ABANDONMENT OF REAL PROPERTY

**NOW COMES** the Debtor, Hugh Michael Sonk, by and through his counsel, Stevenson & Bullock, P.L.C., and in support of his motion relies upon 11 U.S.C. §554(b) and the facts underlying the Motion.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Michelle M. Stephenson
　　　　　　　　　　　　　　　　　　Michelle M. Stephenson (P51653)
　　　　　　　　　　　　　　　　　　Stevenson & Bullock, P.L.C.
　　　　　　　　　　　　　　　　　　Attorneys for the Debtor
　　　　　　　　　　　　　　　　　　26100 American Drive, Suite 500
　　　　　　　　　　　　　　　　　　Southfield, MI 48034
　　　　　　　　　　　　　　　　　　(248) 354-7906
　　　　　　　　　　　　　　　　　　mstephenson@sbplcaw.com

Dated: April 30, 2019

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION – DETROIT

**IN THE MATTER OF:**
Hugh Michael Sonk,　　　　　　　　　　Bankruptcy Case No. 18-49858
　　　　　　　　　　　　　　　　　　　　Honorable Maria L. Oxholm
　　　　　　Debtor.　　　　　　　　　　Chapter 7
_____/

### NOTICE OF MOTION FOR ENTRY OF ORDER COMPELLING ABANDONMENT OF REAL PROPERTY

PLEASE TAKE NOTICE THAT Debtor, Hugh Michael Sonk, by and through his counsel, Stevenson & Bullock, P.L.C., has filed a Motion for Entry of Order Compelling Abandonment of Real Property ("Motion").

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought by Trustee, or if you want the court to consider your views on the Motion, within 14 days, you or your attorney must:

1. File with the court a written response or an answer,[1] explaining your position at:
   - United States Bankruptcy Court, 211 W. Fort Street, 17th Floor, Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. You must mail a copy to:
   - Michelle Stephenson, 26100 American Dr., Suite 500 Southfield, MI 48034; and
   - Office of the U.S. Trustee, 211 W. Fort Street, Suite 700, Detroit, MI 48226.

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the Motion and you will be served with a notice of the date, time and locations of the hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting relief.

　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　**STEVENSON & BULLOCK, P.L.C.**

　　　　　　　　　　　　　　　　　　By: /s/ Michelle M. Stephenson (P51653)
　　　　　　　　　　　　　　　　　　Counsel for Debtor
　　　　　　　　　　　　　　　　　　26100 American Drive, Suite 500
　　　　　　　　　　　　　　　　　　Southfield, MI 48034
　　　　　　　　　　　　　　　　　　Phone: (248) 354-7906
Dated: April 30, 2019　　　　　　　　Email: mstephenson@sbplclaw.com

---

[1] Response or answer must comply with FED. R. CIV. P. 8(b), (c) and (e).

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION – DETROIT

**IN THE MATTER OF:**
Hugh Michael Sonk,                     Bankruptcy Case No. 18-49858
                                       Honorable Maria L. Oxholm
　　　　Debtor.                         Chapter 7
_____/

## **PROOF OF SERVICE**

Michelle M. Stephenson certifies that on the 30th day of April, 2019 that a copy of the **Debtor's Motion for Entry of Order Compelling Abandonment, proposed Order, Brief in Support, Notice Debtor's Motion for Entry of Order Compelling Abandonment** and this **Proof of Service** was served upon all parties listed below, by electronic means and/or depositing same in a United States Postal Box located in Southfield, Michigan, with postage fully prepaid thereon.

| | |
|---|---|
| OFFICE OF THE U.S. TRUSTEE<br>211 W. Fort Street, Suite 700<br>Detroit, MI 48226 | Hugh Michael Sonk<br>505 E. Huron St., Apt. 403<br>Ann Arbor, MI 48104 |
| Timothy J. Miller<br>64541Van Dyke, Suite101<br>Washington, MI 48095 | Peter F. Schneider @<br>pete@detlegal.com |
| David P. Miller @<br>david@detlegal.com | |

In addition, a copy of the **Notice of Debtor's Motion for Entry of Order Compelling Abandonment** was served on each and every party listed on the Debtor's matrix obtained from PACER on the 30th day of April, 2019.

/s/ Michelle M. Stephenson
Stevenson & Bullock, P.L.C.
Attorneys for the Debtor
26100 American Drive
Suite 500
Southfield, MI 48034
(248) 354-7906 ext. 2229
mstephenson@sbplcaw.com
